Case 2:20-mj-00487-DUTY *SEALED*  Document 1-1 *SEALED*  Filed 02/05/20  Page 2 of 14  Page ID #:52

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 2/7/20  7:45 AM | Copy of warrant and inventory left with: Wayne Nix |
|---|---|---|

Inventory made in the presence of: SA J. Quezada

Inventory of the property taken and name of any person(s) seized:

See attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/20

_____
Executing officer's signature

Michael Impostato, Special Agent
Printed name and title

28 CASTELLINA PROPERTY ATTACHMENT:

Iphone XS Mobile Device
S/N: DNPXR58MKPFT

Alcatel Mobile Device
S/N: 015163001894665

Various Documents

White powder substance